# UNITED STATES DISTRICT COURT
for the
District of Oregon

| United States of America | ) |
|---|---|
| v. | ) |
| Tyler Ray Harnden | ) Case No. 3:22-mj-00027 |
| | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT
## BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __February 17, 2022__ in the county of __Marion__ in the _____ District of __Oregon__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Possession of a Firearm(s) and Ammunition by a Convicted Felon |

This criminal complaint is based on these facts:

See Affidavit of Graham Bogumill ATF Special Agent attached hereto and incorporated by reference.

☑ Continued on the attached sheet.

/s/ by phone   JVA
*Complainant's signature*

Special Agent Graham Bogumill- ATF
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at  5:08 p.m. a.m./p.m.

Date: 02/18/2022

HONORABLE JOHN V. ACOSTA
United States Magistrate Judge   JVA
*Judge's signature*

City and state: Portland, Oregon   Hon. John V. Acosta, U.S. Magistrate Judge
*Printed name and title*