FILED 17 MAR '22 09:49 USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:22-cr-00099-MO |
| v. | INDICTMENT |
| TYLER RAY HARNDEN, | 21 U.S.C. § 841(a)(1) and 841(b)(1)(C) |
| Defendant. | 18 U.S.C. §§ 922(g)(1) and 924(c) |
| | Forfeiture Allegations |

THE GRAND JURY CHARGES:

### COUNT 1
(Distribution of Fentanyl)
(21 U.S.C. § 841(a)(1) and 841(b)(1)(C))

On or about January 5, 2022, within the District of Oregon, defendant **TYLER RAY HARNDEN** did knowingly and intentionally distribute fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide), a Schedule II controlled substance;

In violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C).

### COUNT 2
(Distribution of Fentanyl)
(21 U.S.C. § 841(a)(1) and 841(b)(1)(C))

On or about February 15, 2022, within the District of Oregon, defendant **TYLER RAY HARNDEN** did knowingly and intentionally distribute fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide), a Schedule II controlled substance;

In violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C).

## COUNT 3
### (Possession with the Intent to Distribute Fentanyl)
### (21 U.S.C. § 841(a)(1) and 841(b)(1)(C))

On or about February 16, 2022, within the District of Oregon, defendant **TYLER RAY HARNDEN** did knowingly and intentionally possess with the intent to distribute fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide), a Schedule II controlled substance;

In violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C).

## COUNT 4
### (Possession with the Intent to Distribute Heroin)
### (21 U.S.C. § 841(a)(1) and 841(b)(1)(C))

On or about February 16, 2022, within the District of Oregon, defendant **TYLER RAY HARNDEN** did knowingly and intentionally possess with the intent to distribute heroin, a Schedule I controlled substance;

In violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C).

## COUNT 5
### (Possession of a Firearm in Furtherance of a Drug Trafficking Crime)
### (18 U.S.C. § 924(c))

On or about and between January 5, 2022, and February 16, 2022, within the District of Oregon, defendant **TYLER RAY HARNDEN**, in furtherance of a drug trafficking crime for which may be prosecuted in a court of the United States, that is the distribution of fentanyl, possession with the intent to distribute fentanyl, and possession with the intent to distribute heroin, in violation of Title 21, United States Code, Section 841(a)(1), as set forth in Counts 1, 2, 3, and 4, did knowingly possess one or more of the following firearms, to-wit:

1. Glock, model 42, .380 caliber pistol with serial number AFZX899; and,

2. Canik, model TP9 SF, 9mm caliber pistol with serial number 20AT35004;

In violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## COUNT 6
### (Felon in Possession of a Firearm)
### (18 U.S.C. § 922(g)(1))

On or about February 16, 2022, within the District of Oregon, defendant **TYLER RAY HARNDEN**, knowing that he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, specifically: Unlawful Delivery of Heroin, on or about April 29, 2015, in Marion County Circuit Court, State of Oregon, Case Number 15CR07787, did knowingly and unlawfully possess one or more of the following firearms:

1. Glock, model 42, .380 caliber pistol with serial number AFZX899; and,

2. Canik, model TP9 SF, 9mm caliber pistol with serial number 20AT35004,

which firearms had previously been shipped or transported in interstate or foreign commerce;

In violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION
### (Controlled Substance Offenses)

Upon conviction of an offense in Counts 1, 2, 3, and/or 4, defendant **TYLER RAY HARNDEN** shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the aforesaid violations and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of said violations.

///

///

## SECOND FORFEITURE ALLEGATION
(Firearm Offenses)

Upon conviction of the offense in Counts 5 and/or 6, defendant **TYLER RAY HARNDEN** shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), the firearm and ammunition involved in that offense, including without limitation:

1. Glock, model 42, .380 caliber pistol with serial number AFZX899; and,
2. Canik, model TP9 SF, 9mm caliber pistol with serial number 20AT35004,

and all the associated ammunition.

Dated: March 16, 2022.

A TRUE BILL

OFFICIATING FOREPERSON

Presented by:

SCOTT ERIK ASPHAUG
United States Attorney

SCOTT M. KERIN, OSB # 965128
Assistant United States Attorney