Lisa J. Ludwig, OSB #953387
Ludwig Runstein LLC
333 SW Taylor St., Suite 300
Tel: (503) 223-5570 / Lisa@L2R2Law.com

Attorney for Tyler Harnden

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) No. 3:22-cr-99-MO |
| vs. | ) |
| TYLER RAY HARNDEN, | ) DEFENDANT'S SENTENCING MEMORANDUM |
| Defendant. | ) |

On April 23, 2024, Tyler Harnden offered his plea of guilty to one count of Possession of a Firearm in Furtherance of a Drug Trafficking Crime, in violation of 18 U.S.C. § 924(c).

### *Plea Agreement and Guidelines Application*

The plea agreement provides that the remaining counts of the indictment will be dismissed on the motion of the Government at the time sentence is imposed. Mr. Harnden will consent to forfeiture of property seized. The parties agree that guideline

sentence is the minimum term of imprisonment required by 18 U.S.C. §924(c), 60 months of imprisonment. USSG §2K2.4.

*Conclusion*

Mr. Harnden requests that the Court impose the statutory sentence of 60 months and grant the Government's motion to dismiss the remaining counts in the indictment.

RESPECTFULLY SUBMITTED this 7th day of August, 2024.

*/s/ Lisa J. Ludwig*
Lisa J. Ludwig, OSB #953387
Attorney for Tyler Harnden