NATALIE K. WIGHT, OSB # 035576
United States Attorney
District of Oregon
**SCOTT M. KERIN, OSB # 965128**
Assistant United States Attorney
Scott.Kerin@usdoj.gov
1000 S.W. Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 3:22-cr-00099-MO |
| v. | **GOVERNMENT'S SENTENCING MEMORANDUM** |
| **TYLER RAY HARNDEN,** | |
| Defendant. | **Sentencing: August 12, 2024** |

The government asks the Court to impose a sentence of 60 months' imprisonment, to be followed by a three-year term of supervised release.

A. **Summary of Proceedings.**

On April 23, 2024, the defendant pled guilty to Count 5 of his indictment which charged him with the felony crime of Possession of a Firearm in Furtherance of a Drug Trafficking Crime, in violation of 18 U.S.C. § 924(c). The maximum sentence the Court may impose is a term of life imprisonment, a fine of $250,000, and a five year term of supervised release. There is a five year mandatory minimum sentence and a $100 fee assessment.

**Government's Sentencing Memorandum**                                                            **Page 1**

A Presentence Report (PSR) has been completed. Sentencing is currently set for August 12, 2024. The government believes that the facts underlying the defendant's count of conviction, his Sentencing Guideline calculations, his criminal history, and his personal history and characteristics are accurately laid out in the PSR and plea agreement. In his plea agreement defendant admitted that:

> [O]n or about and between January 5, 2022, and February 16, 2022, here within the District of Oregon, he distributed fentanyl, possessed fentanyl with the intent to distribute, and possessed heroin with the intent to distribute, all federal drug trafficking offenses committed in violation of Title 21, United States Code, Section 841(a)(1). . . [and] that during this time period, within the District of Oregon, he knowingly possessed the following firearms, to-wit: (1) a Glock, model 42, .380 caliber pistol with serial number AFZX899; and, (2) a Canik, model TP9 SF, 9mm caliber pistol with serial number 20AT35004, in furtherance of these drug trafficking crimes.

Plea Agreement ¶ 5.

**B.   Sentencing Guideline Calculations.**

Pursuant to U.S.S.G. § 2K2.4(b), based upon his conviction for Possession of a Firearm in Furtherance of a Drug Trafficking Crime, in violation of 18 U.S.C. § 924(c), the defendant's Offense Level and initial guideline sentence is the minimum term of imprisonment required by statute, which in this case is 60 months imprisonment. PSR ¶ 29, Plea Agreement ¶ 7. There are no Chapter 3 or Chapter 4 adjustments under the Sentencing Guidelines.

**C.   Government's Recommended Sentence.**

The government and U.S. Probation Office recommend that the Court sentence the defendant to 60 months' imprisonment, to be followed by a three-year term of supervised release.

Defendant's possession of firearms in furtherance of his drug trafficking activities presented a serious danger to the community. Pursuant to both 18 U.S.C. § 924(c) and the factors outlined in 18 U.S.C. § 3553(a), we believe the imposition of the statutory mandatory minimum sentence of 60 months' imprisonment is reasonable and warranted. We ask the Court to impose it, to be followed by a three year term of supervised release.

There is an appeal waiver. At the time of sentencing we ask the Court to dismiss Counts 1 through 4, and 6.

Dated: August 8, 2024.                             Respectfully submitted,

                                                   NATALIE K. WIGHT
                                                   United States Attorney

                                                   /s/ *Scott Kerin*
                                                   SCOTT M. KERIN, OSB # 965128
                                                   Assistant United States Attorney